UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: **01-1081-Cr-Moore**

UNITED STATES OF AMERICA
      Plaintiff,

Vs.

**LAZARO DIEZ,**
      Defendant.    /

**DEFENDANT LAZARO DIEZ'S RESPONSE
TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW the Defendant, LAZARO DIEZ, by and through his undersigned attorney, and with regard to the pre-sentence investigation compiled in his case, would allege to this Court the following objections:

As to **paragraph 12 of the pre-sentence investigation** the Defendant's acceptance of responsibility statement is attached hereto and incorporated herein. Additionally, the Defendant has informed undersigned counsel that he had written an acceptance of responsibility letter to the probation officer, Jeffrey Feldman, prior to counsel's prepared statement. Between the two submitted writings it would appear that Lazaro Diez has satisfied the acceptance of responsibility requirement and is entitled to the 3 level reduction pursuant to the plea agreement.

United States v. Lazaro Diez
Case No.: 01-1081-Cr-Moore
Page 2, Defendant's Response to PSI

As to **paragraphs 50 and 51 of the pre-sentence investigation** the following scenario occurred: while the arrest of the Defendant occurred on February 20, 2001, he was never actually placed on probation until November 14, 2001. Attached hereto and incorporated herein is a copy of the court disposition for case number: 01-2986CF10A out of Broward County, Florida. Additionally, undersigned counsel represented Mr. Diez in that case and went to Broward County on November 14, 2001 to plead out the case.

As to **paragraph 51 of the pre-sentence investigation** Mr. Diez should have 31 criminal history points instead of 33.

Respectfully submitted,

THEODORE G. MASTOS, ESQ.
999 Ponce De Leon Boulevard
Suite 500
Coral Gables, Florida 33134
Telephone: (305) 443-2225
Facsimile: (305) 443-0900

By: _____
THEODORE G. MASTOS, ESQUIRE
Florida Bar No.: 168792

United States v. Lazaro Diez
Case No.: 01-1081-Cr-Moore
Page 3, Defendant's Response to PSI

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the **Curtis B. Miner, AUSA, Office of the United States Attorney**, 99 Northeast 4th Street, Miami, Florida 33132, via facsimile transmission to (305) 530-7976 and U.S. Mail; and to **Jeffrey Feldman, U.S. Probation Officer**, 300 Northeast 1 Avenue, Room 315, Miami, Florida 33132, via facsimile transmission to (305) 523-5496 and U.S. Mail, on this **26th** day of **March, 2002**.

> Respectfully submitted,
>
> THEODORE G. MASTOS, ESQ.
> 999 Ponce De Leon Boulevard
> Suite 500
> Coral Gables, Florida 33134
> Telephone: (305) 443-2225
> Facsimile: (305) 443-0900
>
> By: _____
> THEODORE G. MASTOS, ESQUIRE
> Florida Bar No.: 168792

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: **01-1081-Cr-Moore**

UNITED STATES OF AMERICA
    Plaintiff,

Vs.

**LAZARO DIEZ,**
    Defendant.    /

## ACCEPTANCE OF RESPONSIBILITY

I am LAZARO DIEZ, the Defendant herein, and hereby acknowledge and accept full responsibility for my actions and crimes in this case. The process was commenced on January 30, 2002 at which time I entered pleas of guilty to 5 counts of the 6 count Indictment filed herein. All of these charges involved credit card fraud, ranging from use of a fraudulent credit card to being in possession of the equipment and materials necessary to create counterfeit credit cards.

My pre-sentence investigation details many years of criminal activity. This time, however, I have vowed to use this plea of guilty entered on January 30, 2002 as truly the first step towards rehabilitation. I now realize that I have wasted years of my life on criminal endeavors. I have wasted my mind

and energies on foolishness. Had I directed my mind to lawful endeavors, I would have something to show for my life instead of sitting in a jail cell wondering how long it will be before I am reunited with my family.

My greatest regret is the pain and suffering that my behavior has inflicted on my wife, children and parents. Because I put myself in this situation, my loved ones are left to flounder hopelessly until I can once again be free to work legitimately to support my family.

I can only hope that this Court will be lenient in sentencing me. As further proof of my change in lifestyles, I have been debriefed by representatives of law enforcement and continue to offer myself for further debriefing.

Thank you for this opportunity to express my thoughts on this matter.

_____
LAZARO DIEZ, Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the **Curtis B. Miner, AUSA, Office of the United States Attorney**, 99 Northeast 4th Street, Miami, Florida 33132; and to **Jeffrey Feldman, U.S. Probation Officer**, 300 Northeast 1 Avenue, Room 315, Miami, Florida 33132 on this 23 day of **March, 2002.**

Respectfully submitted,

THEODORE G. MASTOS, ESQ.
999 Ponce De Leon Boulevard
Suite 500
Coral Gables, Florida 33134
Telephone: (305) 443-2225
Facsimile: (305) 443-0900

By: _____
THEODORE G. MASTOS, ESQUIRE
Florida Bar No.: 168792

STATE OF FLORIDA     IN THE CIRCUIT/COUNTY COURT IN AND
VS.     FOR BROWARD COUNTY, FLORIDA

Juan Guzman

CASE NO. 01 2986 CF

JUDGE SCHAPIRO (FG)

The STATUS CONFERENCE in this case is now scheduled for 11/14, 2001, at ~~8:30 AM~~ 10AM in room 5900 of the Broward County Courthouse.

Remarks:

| | |
|---|---|
| 2 WEEK TRIAL BEGINNING | 2001 @ 9:00 AM #5900 |
| * SPECIAL STATUS | 2001 @ 8:30 AM #5900 |
| DEFENSE // STATE // COURT // JOINT / CONTINUANCE | |
| DETERMINE COUNSEL | 2001 @ 8:30 AM #5900 |
| CHANGE OF PLEA | 2001 @ 8:30 AM #5900 |
| SENTENCING SET | 2001 @ 8:30 AM #5900 |
| ARRAIGNMENT // SURRENDER | 2001 @ 8:30 AM #5900 |
| CF    VOP//VOCC | 2001 @ 8:30 AM #5900 |

DEFENDANT'S PRESENCE IS MANDATORY UNLESS WAIVED BY COURT

DONE AND ORDERED 11-8, 2001

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court Administrator's ADA Coordinator at 954-831-7721 within 2 working days of your receipt of this notice. If you are hearing impaired or voice impaired, call 954-831-7017 or call the Florida Relay Service at 1-800-995-8771 (TTY) or 1-800-995-8770 (Voice).

SHELDON M. SCHAPIRO
JUDGE

P.G.
w/ hold adj
3 years probation
Cooperate with
law enforcement

Possible termination
after 18 months

In open Court     By Mail
(✓) Defendant    I.C. ( )
( ) Defense Attorney    ( ) mastos
( ) Bondsman    ( )
(✓) State    ( )
( ) Guardian Ad Litem    ( )

X ........

BC-110 (Rev. 12/99)

COPY FOR DEFENDANT'S ATTORNEY

# CIRCUIT COURT DISPOSITION ORDER IN AND FOR BROWARD COUNTY, FLORIDA

Case Number _____ Arrest Number __BSO1024723__ BCCN # __0257109__
State of Florida VS __GUZMAN, JUAN__ AKA _____
Date _____ Judge __SHELDON M SCHAPIRO__ Cash / Surety Bond Estreated _____
Bond number(s) _____ Vacated __IC__
Amount(s) _____ Return to depositor _____
Charges: __001 GRAND THEFT OF THE 2ND DEGREE__
__002 FORGERY__ TIMES (D)
__003 FORGERY__
__004 POSS UNLAW ISSUE DRIV LIC / ID__

---

( ) REMANDED ( ) REMAIN IC ( ) UNTIL PICKED UP BY _____ OR
BED AVAILABLE AT _____

---

( ) Arraignment (X) Change of Plea ( ) Guilty (X) No Contest ( ) PSI/PDR ( ) Sentencing
( ) Trial by Jury ( ) Trial by Court ( ) First VOP / VOCC ( ) Final VOP / VOCC ( ) Admits Allegations
( ) Convicted by Jury/Court _____ ( ) Acquitted by Jury/Court _____ ( ) Dismissed ( ) Speedy
( ) Discharged ( ) Nolle Prosequi _____ ( ) Found Incompetent/Committed to Child/Family Services
( ) Adj. Guilty _____ (X) Adj. Withheld __I-IV__ ( ) Adj. Delinquent _____
Adj. and Sentence deferred to _____

---

### SENTENCE: *(INCARCERATION)*
COUNT(S): _____
_____ ( ) Years ( ) Months ( ) Days ( ) BCJ ( ) FSP, w/credit for _____ days T/S
( ) followed by _____ ( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control
To run ( ) concurrent ( ) consecutive to ( ) count(s) _____ case number _____
( ) any other sentence ( ) each count concurrent/consecutive ( ) prison sentence suspended
COUNT(S): _____
_____ ( ) Years ( ) Months ( ) Days ( ) BCJ ( ) FSP, w/credit for _____ days T/S
( ) followed by _____ ( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control
To run ( ) concurrent ( ) consecutive to ( ) count(s) _____ case number _____
( ) any other sentence ( ) each count concurrent/consecutive ( ) prison sentence suspended

---

### SENTENCE: *(PROBATION/COMM.CONTROL)*
COUNT(S): __I-IV__
__3__ (X) Years ( ) Months ( ) Days (X) Probation ( ) Community Control
( ) followed by _____ ( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control
To run ( ) concurrent ( ) consecutive to ( ) count(s) _____ case number _____
(X) each count concurrent/consecutive
COUNT(S): _____
_____ ( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control
( ) followed by _____ ( ) Years ( ) Months ( ) Days ( ) Probation ( ) Community Control
To run ( ) concurrent ( ) consecutive to ( ) count(s) _____ case number _____
( ) each count concurrent/consecutive

SPECIAL CONDITIONS:
( ) _____ days BCJ w/credit for _____ days t/s ( ) Work Release ( ) Boot Camp
( ) ATTAC ( ) Work release after successful completion of ATTAC ( ) Electronic Monitor ( ) Drug Treatment
( ) Upon successful completion of drug program jail sentence shall be terminated

Type of Probation / Community Control:
(X) Felony ( ) Drug Offender ( ) Sexual Offender ( ) Habitual Offender ( ) County
PROBATION/COMM. CONTROL: ( ) Revoked ( ) Reinstated ( ) Modified ( ) Terminated
( ) Extended _____ ( ) All previous special conditions apply
WARRANT: ( ) Dismissed ( ) Withdrawn ( ) Served in open court

DEFENSE ATTORNEY

Case number __01-2931-7F__     __2__ OF __2__

Special Conditions: (Apply to all prison/probation counts)

```
( ) To be given credit for all time previously served in prison, to be calculated by Department of Corrections
( ) Firearm mandatory minimum _____ years  ( ) Other mandatory minimum _____
( ) Habitual Offender  ( ) Habitual Violent Offender  ( ) Youthful Offender  ( ) Sexual Predator/Offender
( ) Violent Career Criminal  ( ) Prison Releasee Reoffender  ( ) Boot Camp  ( ) Drug Treatment
( ) Tier _____ Program  ( ) Sentence previously imposed vacated  ( ) Re-sentencing
```

( ) Recommend 2-Year Drivers License Suspension    ( ) Full time employment
( ) Work permit    ( ) _____ hours Community Service
( ) No driving without valid drivers license    ( ) Complete DUI School
( ) BARC ( ) followed by _____    ( ) Obtain GED
( ) IRT ( ) followed by _____    ( ) Forfeit weapon / firearm
( ) Turning Point Bridge Program    ( ) $_____ COS waived / imposed
( ) House of Hope    ( ) Curfew _____
( ) F.A.C.T. _____    (X) May transfer probation to _Daa'to_
( ) AA / NA Meetings _____ per week    (X) Random Urinalysis
( ) Substance abuse evaluation    ( ) No drugs or alcohol
( ) Drug/Alcohol evaluation and treatment recommended    ( ) Random drug/alcohol testing
( ) Successfully complete rec. treatment    ( ) Extradition costs $_____
( ) Enter and successfully complete _____
( ) Drug Court Monitoring/Hearing set _____
( ) Psychological / Psychiatric Evaluation
( ) Anger Management Program
( ) Blood draw per F.S. 943.325 – 2 samples for conviction of sexual assaults; lewd or indecent acts; homicides (782.04); aggravated battery; home invasion robbery or carjacking
( ) Ignition Interlock Company _____
( ) Immobilization for _____ days
( ) May work off fine at $_____ per hour
( ) May travel _____ for work purposes
( ) Make donation of $_____ to _____
( ) No contact directly or indirectly with victim(s) or victims family or others listed _____
( ) No contact with minor children without adult supervision
( ) Restitution in the amount of $_____ to victim and/or others listed _____

( ) All special conditions apply from case # _____
(X) Other _____ [handwritten]

**COSTS**
( ) $_____ fine plus $_____ 5% surcharge count(s) _____
( ) $40 PD application fee waived / imposed    ( ) $_____ PD fee
(X) $200 Trust Fund    (X) $50 VC each count _____
( ) $5 Assessment each count _____    (X) $50 SNI    ( ) $20 SNI
( ) $_____ Court Costs _____    ( ) $135 EMTF    ( ) $3 AC
( ) $20 CSTF  ( ) $_____ CFF    ( ) Pay balance of previously imposed costs
( ) Other _____

JUDGE _____[signature]_____    DEPUTY CLERK _____[signature]_____

Clerk of Courts
201 SE 6th Street Room 160
Ft. Lauderdale, FL 33301
Phone #954-765-4578

DEFENSE ATTORNEY

# POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS

RE: **LAZARO DIEZ**

SD/FL PACTS No: 70793

DOCKET NO: 01-1081-CR-MOORE

OBJECTIONS DUE BY: 3/26/02

DATE AVAILABLE for DISCLOSURE: 3/12/02

---

I have read the presentence investigation completed by the United States Probation Office.

\_\_\_\_\_ There are no disputed facts.

\_✓\_ There are unresolved factual disputes which are attached.

_____
(Defendant)      (Date)

[signature]    3/26/02    Coral Gables, FL
(Attorney)      (Date)      (Location)
Theodore George Mastos

                                                Miami, FL
(Assistant U.S. Attorney)    (Date)    (Location)
Curtis B. Miner

Return To: Jeffrey I. Feldman
            U. S. Probation Officer
            Room 315, U.S. Courthouse
            300 N.E. First Avenue
            Miami, Florida 33132-2126