# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 01-1081-Cr-Moore

**UNITED STATES OF AMERICA,**

*Plaintiff,*

vs.

**LAZARO DIEZ,**

*Defendant.*
_____/

## DEFENDANT'S NOTICE OF WITHDRAWAL OF PREVIOUSLY FILED MOTION TO WITHDRAW PLEA OF GUILTY

COMES NOW the Defendant, by and through his undersigned counsel, and files his Notice of his Withdrawal of his previously filed Motion to Withdraw Plea of Guilty and would further state as follows:

1. The Defendant's sentencing was originally scheduled for April 16th, 2002.

2. The Government had previously filed an motion for upward departure based on the Defendant's criminal history.

3. The Defendant became extremely concerned because prior counsel had failed to confer or discuss with the Defendant at any length the request for upward departure and any defenses thereto. As a result, he filed a *pro se* motion to dismiss counsel and to withdraw plea. (Docket #30) The Defendant intended only to request the dismissal of his counsel and a continuance of his sentencing. Unfortunately, the Defendant received misguided advice from his fellow inmates and filed the subject motion.

4. The Defendant wishes to persist in his plea of guilty and has now retained substitute counsel in order to effectively represent him at this sentencing. Accordingly, he would respectfully withdraw his previously filed motion to withdraw plea and sincerely apologize to the Court for any inconvenience he may have caused.

W H E R E F O R E, the Defendant, by and through his undersigned counsel, would respectfully withdraw his previously filed motion to withdraw plea of guilty and request that this matter be set for sentencing in due course.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been furnished to: Curtis Miner, Esquire, Assistant United States Attorney, 99 N.E. 4th St., Miami, FL 33132 by United States Mail, this 24 day of April, 2002.

Respectfully submitted,

**ROJAS, OLIVA & VENTURA**
**Attorneys for the Defendant**
**2250 S.W. 3rd Avenue**
**Third Floor**
**Miami, Florida 33129**
**Tel.:       305.856.6868**
**Fax.:      305.856.7771**
**E-Mail:    ruben.oliva@rovlaw.com**

By: _____
    RUBEN OLIVA, Esq.

I, Lazaro Diez, the above captioned defendant, have read the above pleading and fully concur with its contents.

Date: 4-22-02

_____
LAZARO DIEZ

3