UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-1081-Cr-Moore

UNITED STATES OF AMERICA,

vs.

LAZARO DIEZ,
   a/k/a "Juan Guzman,"

               Defendant.
_____/

NIGHT BOX
FILED

JUL 22 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## GOVERNMENT'S MOTION FOR TECHNICAL CORRECTION TO JUDGMENT OF CONVICTION

The United States hereby moves pursuant to Rule 35(c) of the Federal Rules of Criminal Procedure for a technical correction to the judgment of conviction for defendant Lazaro Diez, and states as follows:

1. On July 15, 2002, defendant Lazaro Diez was sentenced by this Court to 125 months of imprisonment, 3 years of supervised release, and a $500 special assessment. The judgment of conviction was entered on July 15, 2002.

2. As part of his plea agreement in this case, Diez also consented to the forfeiture of certain items set forth in the indictment. A preliminary order of forfeiture listing those items was entered by this Court on March 22, 2002, and a final order of forfeiture was entered on July 19, 2002.

3. To effectuate the forfeiture, the government respectfully requests that the items

set forth in the preliminary and final orders of forfeiture be entered into the judgment of conviction.

4. The undersigned has consulted with Diez's lawyer, Reuben Oliva, Esq., who does not oppose this request.

WHEREFORE, the United States respectfully requests that the judgment of conviction be amended and corrected to reflect the forfeiture agreed to by the defendant and ordered by the Court.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
CURTIS B. MINER
Assistant United States Attorney
Florida Court No. A5500463
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9128
Fax: (305) 530-7976

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail on July 22, 2002, to the following:

Reuben Oliva, Esq.
2250 S.W. 3rd Avenue
Miami, Florida 33129

*/s/ CBM*
CURTIS B. MINER
Assistant United States Attorney